UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 23  A 9: 17

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| V. | : | |
| ADA RIVERA | : | December 18, 2004 |

<u>MOTION TO CONTINUE SENTENCING</u>

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue the sentencing for the following reasons:

That Defense counsel is requesting more time to prepare for the Defendant's sentencing because the Defendant's family lives in the Dominican Republic is sending letters of recommendation on the Defendant's behalf. That the letters of recommendation are currently not available as of the date of this motion.

That Defense counsel has been in contact with the family of the Defendant in the Dominican Republic and has been assured that the family does want to participate in the sentencing of the Defendant by means of letters and affidavits.

Wherefore, the aforementioned reasons the Defendant respectfully requests this Honorable Court continue the sentencing of the Defendant.

DEFENDANT, ADA RIVERA

_____
Emili Vaziri, Esq.
Ct. Federal Bar #: 25038
W.G. Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909
(401) 944-6430 tel.
(401) 944-6431 fax

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed and/or electronically-delivered to all counsel and pro se parties of record as follows on December 18, 2004:

H. Gordon Hall, A.U.S.A.
P.O. Box 1824
New Haven, CT 06508

Gerald Lewis Harmon, Esq.
290 Pratt Street
Meriden, CT 06450

Robert Y. Altchiler, Esq.
191 Post Road West
Westport, CT 06880

Lawrence S. Hopkins, Esq.
50 Elm Street
New Haven, CT 06510

Timothy P. Aspinwall, Esq.
3200 Main Street
Stratford, CT 06497

Bruce D. Koffsky, Esq.
1200 Summer Street, Ste. 101A
Stamford, CT 06905

Matthew J. Collins, Esq.
519 Center Street
Manchester, CT 06040

Dan E. LaBelle, Esq.
315 Post Road West
Westport, CT 06880

John M. Loconsolo, Jr. Esq.
146 High Street
Enfield, CT 06082

Erskine D. McIntosh, Esq.
P.O. Box 185789
Hamden, CT 06517

Ronald T. Murphy, Esq.
11 Franklin Square
New Britain, CT 06051

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

David Esposito, Esq.
1240 Whitney Avenue
Hamden, CT 06517

Francis L. O'Reilly, Esq.
87 Ruane Street
Fairfield, CT 6824

Ira B. Grudberg, Esq.
P.O. Box 606
New Haven, CT. 06503

Auden Grogins, Esq.
400 Stillson Road
Fairfield, CT 06824

Frank J. Riccio, Esq.
P.O. Box 491
Bridgeport, CT 06601

Kurt Zimmermann, Esq.
P.O. Box 1727
New Haven, CT 06507

Frank J. Riccio, II, Esq.
923 East Main Street
Bridgeport, CT 06601

Jack Sachs, Esq.
111 John Street, Suite 1504
New York, NY 10038

Phillip D. Russell, Esq.
P.O. Box 1437
Greenwich, CT 06836

Peter Schaffer, Esq.
1127 High Ridge Road PMB#330
Stamford, CT 06905

David J. Wene, Esq.
P.O. Box 306
Windsor Locks, CT 06096


John T. Walkley, Esq.

450 Monroe Tpke
Monroe, CT 06468

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, RI 02909

Timothy P. Pothin, Esq.
52 Trumbull Street
New Haven, CT 06510

Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06510

_____
Emili Vaziri, Esq.