UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 23 A 9: 17
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| V. | : | |
| ADA RIVERA | : | December 18, 2004 |

### MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue the sentencing for the following reasons:

That Defense counsel is requesting more time to prepare for the Defendant's sentencing because the Defendant's family lives in the Dominican Republic is sending letters of recommendation on the Defendant's behalf. That the letters of recommendation are currently not available as of the date of this motion.

That Defense counsel has been in contact with the family of the Defendant in the Dominican Republic and has been assured that the family does want to participate in the sentencing of the Defendant by means of letters and affidavits.

Wherefore, the aforementioned reasons the Defendant respectfully requests this Honorable Court continue the sentencing of the Defendant.

DEFENDANT, ADA RIVERA

Emili Vaziri, Esq.
Ct. Federal Bar #: 25038
W.G. Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909
(401) 944-6430 tel.
(401) 944-6431 fax

FILED
2004 DEC 27 P 1: 54
U.S. DISTRICT COURT
HARTFORD, CT.

*[Handwritten margin note:]* December 23, 2004. Granted. The sentencing is hereby rescheduled to April 29, 2005 at 9:30 a.m. So ordered. Robert N. Chatigny, U.S.D.J.