UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| V. | : | |
| ADA RIVERA | : | April 11, 2005 |

FILED
2005 APR 18 A 11: 39
DISTRICT COURT
HARTFORD, CT.

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue her sentencing for ninety (90) days. That Ms. Rivera's sentencing is scheduled for April 29, 2005. In support of this motion, defense represents as follows:

That the Defendant pled guilty to one count of Conspiracy to Posess with the Intent to Distribute Three to Ten Kilograms of Heroin, in violation of 21 USC §846 and §841 (a) (1) and (b) (1) (A) (i).

That the Defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purpose of assisting in the prosecution of federal crimes.

That the interests of justice would be furthered by allowing the Defendant to continue her sentence to assist law enforcement prior to her sentencing.

That the Assistant United States Attorney H. Gordon Hall does not object to continuing the Defendant's sentencing.

Wherefore, the aforementioned reasons the Defendant respectfully requests this Honorable Court continue the sentencing of the Defendant.

Defendant by her Attorney.

_____
Emili Vaziri, Esq.
Ct. Federal Bar #: 25038
W.G. Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909
(401) 944-6430 tel.
(401) 944-6431 fax

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed and/or electronically-delivered to all counsel and pro se parties of record as follows on April 15, 2005:

H. Gordon Hall, A.U.S.A.
P.O. Box 1824
New Haven, CT 06508

Gerald Lewis Harmon, Esq.
290 Pratt Street
Meriden, CT 06450

Robert Y. Altchiler, Esq.
191 Post Road West
Westport, CT 06880

Lawrence S. Hopkins, Esq.
50 Elm Street
New Haven, CT 06510

Timothy P. Aspinwall, Esq.
3200 Main Street
Stratford, CT 06497

Bruce D. Koffsky, Esq.
1200 Summer Street, Ste. 101A
Stamford, CT 06905

Matthew J. Collins, Esq.
519 Center Street
Manchester, CT 06040

Dan E. LaBelle, Esq.
315 Post Road West
Westport, CT 06880

John M. Loconsolo, Jr. Esq.
146 High Street
Enfield, CT 06082

Erskine D. McIntosh, Esq.
P.O. Box 185789
Hamden, CT 06517

Ronald T. Murphy, Esq.
11 Franklin Square
New Britain, CT 06051

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

David Esposito, Esq.
1240 Whitney Avenue
Hamden, CT 06517

Francis L. O'Reilly, Esq.
87 Ruane Street
Fairfield, CT 6824

Ira B. Grudberg, Esq.
P.O. Box 606
New Haven, CT. 06503

Auden Grogins, Esq.
400 Stillson Road
Fairfield, CT 06824

Frank J. Riccio, Esq.
P.O. Box 491
Bridgeport, CT 06601

Kurt Zimmermann, Esq.
P.O. Box 1727
New Haven, CT 06507

Frank J. Riccio, II, Esq.
923 East Main Street
Bridgeport, CT 06601

Jack Sachs, Esq.
111 John Street, Suite 1504
New York, NY 10038

Phillip D. Russell, Esq.
P.O. Box 1437
Greenwich, CT 06836

Peter Schaffer, Esq.
1127 High Ridge Road PMB#330
Stamford, CT 06905

David J. Wene, Esq.
P.O. Box 306
Windsor Locks, CT 06096

John T. Walkley, Esq.
450 Monroe Tpke.
Monroe, CT 06468

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, RI 02909

Timothy P. Pothin, Esq.
52 Trumbull Street
New Haven, CT 06510

Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06510

_____
Emili Vaziri, Esq.