900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 18 A 11: 39
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| | : | |
| V. | : | |
| | : | |
| ADA RIVERA | : | April 11, 2005 |

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue her sentencing for ninety (90) days. That Ms. Rivera's sentencing is scheduled for April 29, 2005. In support of this motion, defense represents as follows:

That the Defendant pled guilty to one count of Conspiracy to Posess with the Intent to Distribute Three to Ten Kilograms of Heroin, in violation of 21 USC §846 and §841 (a) (1) and (b) (1) (A) (i).

That the Defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purpose of assisting in the prosecution of federal crimes.

That the interests of justice would be furthered by allowing the Defendant to continue her sentence to assist law enforcement prior to her sentencing.

That the Assistant United States Attorney H. Gordon Hall does not object to continuing the Defendant's sentencing.

April 20, 2005. Granted. The sentencing is hereby rescheduled to August 2, 2005 at 11:00 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.