UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| V. | : | |
| ADA RIVERA | : | September 19, 2005 |

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue her sentencing for ninety (90) days. That Ms. Rivera's sentencing is scheduled for September 30, 2005. In support of this motion, defense represents as follows:

That the Defendant pled guilty to on count of Conspiracy to Posses with the Intent to Distribute Three to Ten Kilograms of Heroin, in violation of 21 USC 846 and 841 (a) (1) and (b) (1) (A) (i).

That there are co-defendant's that have not yet been sentenced in the above entitled matter.

That the interests of justice would be furthered by allowing the Defendant to continue her sentence to assist law enforcement prior to her sentencing.

That the Assistant United States Attorney H. Gordon Hall does not object to continuing the Defendant's sentencing.

Wherefore, the aforementioned reasons the Defendant respectfully requests this Honorable Court continue the sentencing of the Defendant.

Defendant by her Attorney.

Emili Vaziri, Esq.
Ct. Federal Bar #: 25038
W.G. Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909
(401) 944-6430 tel.
(401) 944-6431 fax