UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 31  A 11: 07

UNITED STATES OF AMERICA  :  3:03 CR00198 (RNC)
                              DISTRICT COURT
V.                         :  HARTFORD, CT.

ADA RIVERA                 :  October 26, 2005


## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue her sentencing for ninety (90) *days*. That Ms. Rivera's sentencing is scheduled for October 31, 2005. In support of this motion, defense represents as follows:

That the Defendant pled guilty to on count of Conspiracy to Posses with the Intent to Distribute Three to Ten Kilograms of Heroin, in violation of 21 USC 846 and 841 (a)

That there are co-defendant's that have not yet been sentenced in the above entitled matter.

That the interests of justice would be furthered by allowing the Defendant to continue her sentence to assist law enforcement prior to her sentencing.

That the Assistant United States Attorney H. Gordon Hall does not object to continuing the Defendant's sentencing.

WHEREFORE, the aforementioned reasons, the Defendant respectfully requests this Honorable Court continue the sentencing of the Defendant.

Defendant,
By her Attorney,

Emili Vaziri, Esq.
WG Grande & E. Vaziri, Law, Inc.
160 Plainfield Street
Providence, RI 02909
RI Bar#:4952
CT Federal Bar#: 25038
(401) 944-6430 tel.
(401) 944-4161 fax

## CERTIFICATION

I, hereby certify that a true copy of the within motion was mailed on this 26th day of October, 2005, to:

US Attorney's Office, NH
H. Gordon Hall, Esq.
157 Church Street, 23rd Floor
PO Box 1824
New Haven, CT 06510