1039

*Sentencing is hereby rescheduled to November 10, 2005 at 2:00 p.m.*

*October 31, 2005. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


FILED
2005 OCT 31 A 11: 07
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR00198 (RNC) |
| V. | : | |
| ADA RIVERA | : | October 26, 2005 |

### MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Ada Rivera, by and through counsel hereby moves this Honorable Court to continue her sentencing for ninety (90) *days*. That Ms. Rivera's sentencing is scheduled for October 31, 2005. In support of this motion, defense represents as follows:

That the Defendant pled guilty to on count of Conspiracy to Posses with the Intent to Distribute Three to Ten Kilograms of Heroin, in violation of 21 USC 846 and 841 (a)

That there are co-defendant's that have not yet been sentenced in the above entitled matter.

That the interests of justice would be furthered by allowing the Defendant to continue her sentence to assist law enforcement prior to her sentencing.

That the Assistant United States Attorney H. Gordon Hall does not object to continuing the Defendant's sentencing.

FILED
2005 OCT 30 P 2: 08
DISTRICT COURT
HARTFORD, CT.