UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : |
|---|---|
| v. | : No. 3:03CR198(RNC) |
| DAISY SANCHEZ, aka "Ada Rivera" | : |

## MOTION TO CONTINUE SENTENCING

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for sentencing in this case from the currently assigned date of November 10, 2005. In support of the motion, the undersigned represents as follows:

1. The defendant is scheduled for sentencing in this case on November 10, 2005.

2. The Court had continued a previously scheduled sentencing to that date so this defendant's sentencing could follow the sentencing of the defendant in <u>United States v. John Doe III</u>, No. 3:04CR229. The sentencing in that case has been continued by the Court on motion of the Government to a date to be set by the Court.

3. It is the view of the Government and of counsel for the instant defendant that the interests of justice will be served by an order continuing the sentencing in this case until after the sentencing in the <u>Doe</u> case. Defense counsel is aware of and consents to this motion.

*[Handwritten margin note, left side]:* Sentencing is hereby rescheduled to January 4, 2006 at 1:00 p.m. December 6, 2005. Granted. So ordered. [signature] Robert N. [Chatigny], U.S.D.J.